# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Pepper, Pamela | E.D. Wisconsin Bankrutpcy | 06/05/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief Bankruptcy Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2012 <br> to <br> 12/31/2012 |

**7. Chambers or Office Address**

517 East Wisconsin Avenue
Suite 140
Milwaukee, Wisconsin 53202

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Pepper-Hanewall Revocable Trust |
| 2. | Chief Judge | United States Bankruptcy Court, Eastern District of Wisconsin |
| 3. | Ex-officio director | Eastern District of Wisconsin Bar Association |
| 4. | Associate editor | American Bankruptcy Law Journal |
| 5. | Member, board of directors; chair, education committee | American Bankruptcy Institute |
| 6. | Seventh Circuit Governor | National Conference of Bankruptcy Judges |
| 7. | Bankruptcy judge representative | Human Resources Advisory Council--Administrative Office of U.S. Courts |
| 8. | Member, OSCAR working group | Administrative Office of U.S. Courts |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 04/08/12 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 2. 6/27/2012 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 3. 09/25/12 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |
| 4. 12/12/12 | American Bankruptcy Law Journal, pay for editing work | $1,317.75 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2012 | Engberg Anderson Design Partnership--salary |
| 2. 2012 | Village of Shorewood--Village Trustee compensation |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | National Conference of Bankruptcy Judges | January 6-7, 2012 | Washington, DC | American Bankruptcy Law Journal symposium | Hotel, travel and meals |
| 2. | Advanced Consumer Bankruptcy Practice Institute | January 18-20, 2012 | Phoenix, AZ | Bankruptcy Litigation Instruction | Hotel, travel and meals |
| 3. | State Bar of Wisconsin | March 1-2, 2012 | Kohler, WI | Bankruptcy seminar | Hotel, travel and meals |
| 4. | National Conference of Bankruptcy Judges | March 19-20, 2012 | Miami, FL | Mid-year meeting of board of governors | Hotel, travel and meals |
| 5. | American Bankruptcy Institute | April 19-22, 2012 | National Harbor, MD | Annual Spring Meeting-- bankruptcy conference | Hotel, travel and meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | **Pepper, Pamela** | 06/05/2013 |

| | | | | |
|---|---|---|---|---|
| 6. | National Association of Consumer Bankruptcy Attorneys | April 27-28, 2012 | San Antonio, TX | Bankruptcy Seminar | Hotel, travel and meals |
| 7. | Bankruptcy Association of Southern Illinois | May 3-4, 2012 | Fairview Heights, IL | Bankruptcy Seminar | Hotel, travel and meals |
| 8. | Columbus Bankruptcy Institute | May 10-11, 2012 | Columbus, OH | Bankruptcy Seminar | Hotel, travel and meals |
| 9. | Kansas City, Missouri Bankruptcy Court | May 31-June 1, 2012 | Kansas City, MO | Bankruptcy Seminar | Hotel, travel and meals |
| 10. | American Bankruptcy Institute | June 7-9, 2012 | Traverse City, MO | Bankruptcy Seminar | Hotel, travel and meals |
| 11. | Advanced Consumer Bankruptcy Practice Institute | July 9-11, 20122 | New Orleans, LA | Bankruptcy Litigation Instruction | Hotel, travel and meals |
| 12. | National Conference of Bankruptcy Judges | October 23-27, 2012 | San Diego, CA | Bankruptcy seminar/ conference | Hotel, travel and meals |
| 13. | Bankruptcy Association of Northern New York | November 1-3, 2012 | Cooperstown, NY | Bankruptcy conference | Hotel, travel and meals |
| 14. | State Bar of Wisconsin | November 14, 2012 | Milwaukee, WI | Bankruptcy conference | Mileage and meals |
| 15. | American Bankruptcy Institute | November 29- December 1, 2012 | Tucson, AZ | Bankruptcy conference | Hotel, travel and meals |
| 16. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/05/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. American Funds Municipal Bond Fund | C | Dividend | K | T | | | | | |
| 2. American Funds, Pamela Pepper, SEP IRA-- The Growth Fund | A | Dividend | J | T | | | | | |
| 3. Penn Mutual Life Insurance | | | | | | | | | |
| 4. --Pamela Pepper--insured | C | Dividend | K | T | | | | | |
| 5. --Other--insured | B | Dividend | K | T | | | | | |
| 6. The Principal Life Insurance Company | | | | | | | | | |
| 7. --Pamela Pepper--insured | A | Dividend | J | T | | | | | |
| 8. --Other--insured | A | Dividend | J | T | | | | | |
| 9. Princor Financial Services | | | | | | | | | |
| 10. --Pamela Pepper, Mutual Fund (profit-sharing plan) | | | | | | | | | |
| 11. --Principal Investors Real Estate Sec. | B | Dividend | K | T | | | | | |
| 12. --Principal Investors Diversified Intl. Fund | A | Dividend | J | T | | | | | |
| 13. --Principal Investors Small Cap Blend | A | Dividend | J | T | | | | | |
| 14. --Principal Investors Mid Cap Blend Fund | D | Dividend | K | T | | | | | |
| 15. --Principal Capital Appreciation Fund | C | Dividend | K | T | | | | | |
| 16. --Principal Equity Income Fund | B | Dividend | J | T | | | | | |
| 17. --IRA, Principal Mutual Funds, Smcap and Midcap Blend | A | Dividend | K | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,000 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/05/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. U.S. Savings Bonds | A | Interest | J | T | | | | | |
| 19. Revocable Trust | | | | | | | | | |
| 20. --Equitable Bank checking account | A | Interest | J | T | | | | | |
| 21. Great-West Retirement Services 401(k)-- Formerly U.S. Bank | | | | | | | | | |
| 22. --American Funds EuroPacific Growth--X | C | Dividend | K | T | | | | | |
| 23. --American Funds Fundamental Investors Large Cap--X | C | Dividend | K | T | | | | | |
| 24. --First American Equity Index Fund | C | Dividend | K | T | | | | | |
| 25. Equitable Bank Money Market Savings Account--X | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pepper, Pamela | 06/05/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Pamela Pepper**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544